**Order entered January 14, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00455-CV

**KIMBERLEY PETTIGREW, Appellant**

**V.**

**MEGAN REEVES & BRIANA TROY, Appellees**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-03642-2011**

## ORDER

Before the Court are appellees' January 2, 2013 motion to dismiss the appeal and appellant's January 8, 2013 response to the motion to dismiss. Appellees' motion to dismiss is **DENIED**.

The reporter's record in this case is overdue. Accordingly, we **ORDER** Court Reporter Claudia Webb to file either the reporter's record, written verification that no hearings were recorded, or written verification that appellant has not requested or paid for the record within **THIRTY DAYS** of the date of this order. *We notify appellant that if we receive verification she has not paid for or made arrangements to pay for the reporter's record, appellant's brief will be*

*due within **THIRTY DAYS** of the date of the verification of nonpayment.*

/s/     CAROLYN WRIGHT
CHIEF JUSTICE